convinced that the district court correctly granted the motion of Defendant Longview Enterprises, Ltd. for a judgment as a matter of law, for the reasons cogently set forth in the court's Memorandum Order signed November 13, 2006.

AFFIRMED.

Ida WELCH; Ivory Welch,
Plaintiffs–Appellants

v.

THYSSENKRUPP ELEVATOR CORPORATION, Defendant–Appellee.

No. 06–60899
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 9, 2007.

Frank C. Jones, III, for Plaintiffs–Appellants.

James R. Moore, Jr., Copeland, Cook, Taylor & Bush, Ridgeland, MS, for Defendant–Appellee.

Before SMITH, WIENER, and OWEN, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *
AFFIRMED. See Rule 47.6.

Joe Alex ROBERTSON, Petitioner–Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

Nos. 06–40554, 06–40884
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 9, 2007.

Joe Alex Robertson, Forrest City, AR, pro se.

Kathlyn Giannaula Snyder, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Respondent–Appellee.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *
Joe Alex Robertson, federal prisoner # 91990–080, appeals the district court's

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be